DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEONARD CAMERON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-69

[April 12, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 98-22930CF10A.

Leonard Cameron, Punta Gorda, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*